**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **LEVON ALLS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 5:25-cv-461 (MTT)** |
| ) | |
| **Captain JACKSON**, **in her individual** ) | |
| **capacity,** *et al*. ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**ORDER**

The Plaintiff, Levon Alls, is proceeding *in forma pauperis* ("IFP"). ECF 2. After the Court screened Plaintiff's complaint, the Court ordered service on Defendant Captain Jackson by the United States Marshal Service. ECF 16, 21. The process receipt and return for Defendant Jackson was returned unexecuted. ECF 23. The U.S. Marshal Service was unable to locate Defendant Captain Jackson. *Id.* The Georgia Diagnostic Class Prison indicated there was no current or past Captain Jackson, nor any computer incident records for Plaintiff. *Id.* In addition, the prison employs more than one person with the last name Jackson. *Id.*

Because Plaintiff is proceeding IFP, he is entitled to rely on the Court to effect service. "*[I]n forma pauperis* litigants should be entitled to rely on the court officers and United States Marshals to effect proper service, and should not be penalized for failure to effect service where such failure is not due to fault on the litigant's part." *Fowler v. Jones*, 899 F.2d 1088, 1095 (11th Cir. 1990). Even so, IFP litigants may not remain silent and do nothing to help effectuate service of process. *Id*. At a minimum, an IFP litigant should request service upon the appropriate defendants and attempt to remedy any

-2-

apparent service defects of which he has knowledge. *Id*.

Accordingly, Plaintiff is hereby **NOTIFIED** that the Court received an unexecuted process receipt and return for Defendant Captain Jackson. ECF 23.

If Plaintiff wishes to pursue his claims against Defendant Captain Jackson, then within 21 days of this Order, **no later than May 5, 2026**, Plaintiff is **DIRECTED** to remedy the apparent service defect by providing the Court with additional information regarding Defendant Captain Jackson's identity, for example, a first name or current address or place of employment, so that the Court may continue its efforts to perfect service on Plaintiff's behalf.

**SO ORDERED**, this 14th day of April, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT